[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10029
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00370-WSD-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLENNY DIFO,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(September 10, 2015)

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Esther Panitch, appointed counsel for Glenny Difo in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and has

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Difo's conviction and sentence are **AFFIRMED**.